## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MARISA DESCHINE AND MICHAEL DESCHINE,
ON THEIR OWN BEHALVES, AND ON BEHALF
OF THEIR MINOR CHILDREN, DARIUS DESCHINE,
MEKEISHA DESCHINE, DARIAN DESCHINE, DARRY
DESCHINE, MARCUS DESCHINE, AND
DEMARCO DESCHINE,

     Plaintiffs,

vs.                                    No. CIV 14-0762 JB/GBW

MAUREEN KIDD, M.D., and
LOCUMTENENS.COM, LLC,

     Defendants.

### FINAL JUDGMENT

     **THIS MATTER** comes before the Court on the Order of Dismissal with Prejudice, filed

March 7, 2016 (Doc. 63)("Order of Dismissal").  In the Order of Dismissal, the Court granted the

parties' Joint Motion to Dismiss with Prejudice, filed March 2, 2016 (Doc. 62), and dismissed

with prejudice "all claims that were actually brought by Plaintiff or could have been brought by

Plaintiff against the Defendants," with all parties to bear their own costs and attorneys' fees.

Order of Dismissal at 1.  There being no more claims before the Court, the Court hereby enters

Final Judgment.

     **IT IS ORDERED** that this civil proceeding is dismissed with prejudice, and final

judgment is entered.

                                          _____

                                        UNITED STATES DISTRICT JUDGE

*Counsel:*

Scott E. Borg
Barber & Borg, LLC
Albuquerque, New Mexico

--and--

Daniel Shapiro
Dan Shapiro P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

Norman F. Weiss
Meena Allen
Simone, Roberts & Weiss, P.A.

    *Attorneys for Defendant Maureen Kidd, M.D.*